IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV235-MU

| | |
|---|---|
| PHILLIP JORDAN TAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| NORTHWEST EDUCATION LOAN ASSOC., *et al.*, | ) |
| Defendants. | ) |

    This matter is before the court upon its own motion. The *pro se* Plaintiff filed a Motion for Extension of Time to Amend Complaint on November 4, 2009. The proposed Amended Complaint was attached to the motion. The court granted the motion on November 12, 2009. Accordingly, the attached proposed Amended Complaint should be docketed as an amended Complaint and deemed filed as of the date of entry of this Order.

    IT IS SO ORDERED.

Signed: December 22, 2009

Graham C. Mullen
United States District Judge