IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV235-MU

| | |
|---|---|
| PHILLIP JORDAN TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NORTHWEST EDUCATION ) | |
| LOAN. ASSOCIATION, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court upon a Second Amended Complaint filed by Plaintiff *pro se.* Defendants have filed a Motion to Dismiss for failure to state a claim upon which relief may be granted and failure to comply with the court's order for a more definite statement.

It appears that these Defendants may be entitled to a dismissal in this action as a matter of law. Therefore, the Plaintiff is directed to file a response as described below:

**TO THE PLAINTIFF, PHILLIP JORDAN TAYLOR, READ THE FOLLOWING VERY CAREFULLY:**

You are to file a brief written argument opposing the Defendants' brief supporting the Motion to Dismiss.

Within fourteen days of the date of entry of this Order, the Plaintiff must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion to Dismiss. If you fail to respond to this motion, the court will proceed to decide the matter. A copy of the response must be served on the

1

Defendants and a certificate of service must be filed with the court showing that a copy has been sent to counsel for the Defendants.

IT IS THEREFORE ORDERED that Plaintiff has fourteen (14) days from the filing of this Order in which to respond to Defendants' Motion to Dismiss.

The Clerk is directed to certify copies of this Order to Plaintiff and counsel for Defendants. The Clerk is specifically directed to send Plaintiff's copy by **certified mail, return receipt requested**.

Signed: May 19, 2010

Graham C. Mullen
United States District Judge